AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL ABRAHAMS,<br>JAVIER MANUEL, and<br>FRANCISCO CORRALES ORTIZ. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **8:15 MJ 1634 AEP**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Unknown date - September 8, 2015  in the county of  Hillsborough  in the

Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Sections 70503, 70506(a) and(b); and Title 21, United States Code, Section 960(b)(1)(B)(ii). | Conspiracy to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Geordie Stutzman, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9/11/15

_____
*Judge's signature*

City and state:  Tampa, Florida

ANTHONY E. PORCELLI, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

Your affiant, Geordie Stutzman, being duly sworn, deposes and states the following:

I, Geordie A. Stutzman, being duly sworn, depose and state:

1. I am a citizen of the United States and reside in the State of Florida.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since October 2008.

3. As an agent with the FBI, I have personally conducted and participated in a number of investigations that have resulted in the arrests and convictions of people responsible for the trafficking of narcotics.

4. This affidavit is submitted in support of a criminal complaint and the issuance of arrest warrants for the following individuals:

    (A)    Daniel ABRAHAMS (Colombian National)

    (B)    Javier MANUEL (Colombian National)

    (C)    Francisco CORRALES-ORTIZ (Colombian National)

(defendants) who knowingly and willfully conspired to possess with the intent to distribute five (5) kilograms or more of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, with the Middle District of Florida being the place at which the above individuals will first enter the United States, in violation of Title 46, United States Code, Sections 70506 (b).

5.    The information contained herein is either personally known to me or has been provided to me by other law enforcement officers. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain each and every fact known to me or other law enforcement agents concerning this investigation.

6.    The United States Coast Guard (USCG) has the authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce federal laws.

7.    On or about September 9, 2015, while on routine patrol, a Maritime Patrol Aircraft (MPA) located a go-fast vessel (GFV), described as approximately 25-30 feet in length and equipped with two outboard engines, approximately 130 nautical miles northeast of Panama City, Panama.  The activity of the GFV was deemed suspicious based on, among other things, the fact that the GFV was (a) a maritime conveyance commonly used for drug smuggling, (b) in a known drug smuggling area, (c) located along a drug smuggling route and (d) displayed no indicia of nationality.

8.    United Stated Coast Guard Cutter (USCGC) Tahoma requested and was granted a Statement of No Objection (SNO) to conduct a Right of Visit (ROV) boarding, to include standard use of force for a non-compliant vessel from District Seven (D7).  Unites States Coast Guard Cutter (USCGC) Tahoma launched an Over-The-Horizon Boat (OTH) to intercept said GFV.  Upon

approach by the OTH, the suspect GFV crew members were observed jettisoning suspected contraband and attempting to flee.  The OTH expended five warning shots, which resulted in the GFV becoming compliant and the OTH gaining positive control of said GFV.  The OTH crew observed the GFV was manned by three subjects.  None of the crewmembers had identification but each claimed Colombian nationality.  The names and the dates of birth for the GFV crewmembers were taken verbally. The GFV crewmembers were subsequently identified as Daniel ABRAHAMS, Javier MANUEL, and Francisco CORRALES-ORTIZ.  Additionally, one of the GFV crewmembers claimed Colombian nationality for the GFV.  The GFV crew also stated a GPS was accidentally dropped overboard in a white container.  It is important to note, the OTH crew observed a white container jettisoned by the GFV crew during the pursuit.

9.      USCGC Tahoma conducted a search of the debris field, which resulted in the seizure of approximately 27 bales containing approximately 540 kilograms of suspected cocaine.  Subsequently, narcotics identification kit (NIK) testing was conducted on sample(s) from the recovered bales that yielded positive results for the presence of cocaine.

10.      Based upon the statement obtained, the United States Coast Guard (USCG) District Seven (D7) enacted the ship boarding provision of the Colombian Bilateral Agreement and submitted a request to the government of Colombia to confirm/deny registry of the GFV.  The government of Colombia was ultimately unable to confirm or deny registration of the suspect GFV, whereupon,

USCG District Seven (D7) subsequently assimilated the GFV to a vessel without nationality and granted permission to conduct a Law Enforcement Boarding.

11.     In summary, there is probable cause to believe that the three (3) defendants knowingly and willfully conspired with each other and other persons to possess with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503 and 70506, and Title 21, United States Code, Section 960(b)(1)(B)(ii), as described herein.

This concludes my affidavit.

Affiant declares under penalty of perjury that the foregoing is true and correct.

Geordie Stutzman, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me

this 11th day of September, 2015.

ANTHONY E. PROCELLI
United States Magistrate Judge