UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                         CASE NO. 8:15-CR-406-T-17TGW\

DANIEL ORLANDO ABRAHAMS.

_____/

ORDER

This cause is before the Court on:

Dkt. 122      Motion to Reduce Sentence

Defendant Daniel Orlando Abrahams, *pro se,* moves for a sentence reduction pursuant to Amendment 706.

The Court previously denied Defendant Abrahams" Motion for a sentence reduction pursuant to Amendment 706. (Dkt. 119). The Court incorporates the prior Order by reference. Accordingly, it is

**ORDERED** that *pro se* Defendant Daniel Orlando Abrahams' Motion to Reduce Sentence (Dkt. 122) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5 day of November, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

*Pro Se* Defendant:

Daniel Orlando Abrahams
63227-018
Federal Satellite Low
2680 Hwy. 301 S.
Jesup, GA    31599