UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:15-CR-406-T-17TGW

DANIEL ORLANDO ABRAHAMS.

_____/

ORDER

This cause is before the Court on:

Dkt. 123    Motion to Preserve Under Prison Reform and Redemption Act

Defendant Daniel Orlando Abrahams, *pro se*, moves to preserve his eligibility for consideration for a sentence reduction.

The Court construes Defendant Orlando Abrahams' Motion to be a request to preserve Defendant's eligibility to seek relief under the First Step Act of 2018, which superseded the P.R.R.A.

After consideration, the Court denies Defendant Abrahams' Motion without prejudice because it is unnecessary. Accordingly, it is

**ORDERED** that *pro se* Defendant Daniel Orlando Abrahams' Motion to Preserve Error (Dkt. 123) is **denied without prejudice**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of November, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

AUSA James C. Preston, Jr.

*Pro Se* Defendant:

Daniel Orlando Abrahams
63227-018
JESUP
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
2600 Highway 301 South
Jesup, GA    31599